# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| GILBERTO GUADALUPE VALADEZ, # 18740-179, | § § § | |
| VS. | § § | CIVIL NO. 4:22-cv-602 CRIMINAL NO. 4:17-CR-203(36) |
| UNITED STATES OF AMERICA | § § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation concluding that this motion to vacate, set aside, or correct Movant's sentence pursuant to 28 U.S.C. § 2255 should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) (Dkt. #8). No objections were filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

IT IS SO ORDERED.

SIGNED this 10th day of July, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE